ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING,<br><br>Plaintiff,<br><br>vs.<br><br>JOEL A. STOKES AND SANDRA F. STOKES, as trustees of the JIMIJACK IRREVOCABLE TRUST; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00946-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(FIRST REQUEST)** |

Plaintiff NewRez LLC dba Shellpoint Mortgage Servicing (**Shellpoint**) and defendants Joel A. Stokes and Sandra F. Stokes, as Trustees of the Jimijack Irrevocable Trust (**the Trust**), by and through their attorneys of record, file this stipulation to extend the deadline to file dispositive motions by two weeks, or until **February 25, 2022**.  In support of this stipulation, the parties state as follows:

1. On August 17, 2021, the Court issued a minute order granting Shellpoint's motion to compel as to non-party Keynote Properties, LLC.  (ECF No. 33).  The minute order extended discovery through October 1, 2021 and stayed the dispositive deadline.

. . .

55014460;1

2. On September 3, 2021, the parties filed a joint status report regarding the completion of remaining discovery. (ECF No. 34). Shellpoint requested the Court further extend the discovery deadline to December 15, 2021.

3. On September 7, 2021, the Court issued a second minute order granting Shellpoint's request and extending discovery through December 15, 2021. (ECF No. 35). The Court further directed Shellpoint to file a follow-up status report, which Shellpoint timely filed on October 15, 2021. (ECF No 36).

4. On January 14, 2022, the parties filed a stipulation to lift the stay and reset the dispositive deadline. (ECF No. 37). The stipulation requested the Court reset the dispositive deadline for February 11, 2022.

5. On January 18, 2022, the Court granted the parties' stipulation and set the dispositive deadline for February 11, 2022. (ECF No. 38).

6. Since this time, the parties have engaged in settlement discussions to gauge the potential for resolution. The parties believe a brief two-week extension serves both the interests of the parties and judicial economy, as it would allow the parties to continue exploring whether resolution is possible before incurring additional expenses on dispositive briefing.

7. Additionally, the parties agree to the two-week extension to accommodate the undersigned counsel for Shellpoint, who has been dealing with an illness in the family that has required counsel's attention.

8. Based on the foregoing, the parties submit good cause supports the requested extension to February 25, 2022.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

55014460;1

9. This is the parties' first request to extend the current dispositive deadline. The parties enter into this stipulation in good faith and not for the purposes of delay or prejudice to any party.

DATED: February 10, 2022.

| **AKERMAN LLP** | **HONG & HONG LAW OFFICE** |
|---|---|
| */s/ Nicholas E. Belay* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> NICHOLAS E. BELAY, ESQ. <br> Nevada Bar No. 15175 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* | */s/ Joseph Y. Hong* <br> JOSEPH Y. HONG, ESQ. <br> Nevada Bar No. 5995 <br> 1980 Festival Plaza Drive, Suite 650 <br> Las Vegas, NV 89135 <br><br> *Attorneys for Joel A. Stokes and Sandra F. Stokes, as Trustees of the Jimijack Irrevocable Trust* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No.: 2:20-cv-00946-JCM-BNW

DATED: February 11, 2022

3

55014460;1