ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING,<br><br>Plaintiff,<br><br>vs.<br><br>JOEL A. STOKES AND SANDRA F. STOKES, as trustees of the JIMIJACK IRREVOCABLE TRUST; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00946-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO RESPOND TO SUMMARY JUDGMENT MOTIONS (ECF NOS. 45, 46)**<br><br>**(THIRD REQUEST)** |

Plaintiff NewRez LLC dba Shellpoint Mortgage Servicing (**Shellpoint**) and defendants Joel A. Stokes and Sandra F. Stokes, as Trustees of the Jimijack Irrevocable Trust (**the Trust**), by and through their attorneys of record, stipulate and agree that the parties shall have an additional fourteen (14) days, up to and including **Monday, June 27, 2022**, to file their respective responses to the pending summary judgment motions (ECF Nos. 45, 46). The current deadline is set for Monday, June 13, 2022. The parties enter into this stipulation to address continuing time and scheduling constraints on counsel. In addition, the parties continue to explore whether resolution is possible before incurring

55014460;1

additional expenses on dispositive briefing.  The parties therefore believe the requested extension is in the interest of judicial economy and efficiency as between the parties.

This is the parties' third stipulation to extend the time to respond to Shellpoint and the Trust's respective summary judgment motions.  The extension is requested in good faith and is not for purposes of delay or prejudice to any party.

DATED: June 13, 2022.

| **AKERMAN LLP** | **HONG & HONG LAW OFFICE** |
|---|---|
| */s/ Nicholas E. Belay*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* | */s/ Joseph Y. Hong*<br>JOSEPH Y. HONG, ESQ.<br>Nevada Bar No. 5995<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, NV 89135<br><br>*Attorneys for Joel A. Stokes and Sandra F. Stokes, as Trustees of the Jimijack Irrevocable Trust* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
Case No.: 2:20-cv-00946-JCM-BNW

DATED: June 13, 2022

2

55014460;1