ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:     (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING,<br><br>Plaintiff,<br><br>vs.<br><br>JOEL A. STOKES AND SANDRA F. STOKES, as trustees of the JIMIJACK IRREVOCABLE TRUST; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br><br>JOEL A. STOKES AND SANDRA F. STOKES, as trustees of the JIMIJACK IRREVOCABLE TRUST,<br><br>Counterclaimant,<br><br>vs.<br><br>NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING; DOES INDIVIDUALS 1-X inclusive and ROE CORPORATIONS I-X, inclusive,<br><br>Counterdefendants. | Case No.: 2:20-cv-00946-JCM-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

66861495;1

Plaintiff/Counter-Defendant NewRez LLC dba Shellpoint Mortgage Servicing and Defendant/Counter-Claimants Joel A. Stokes and Sandra F. Stokes, as trustees of the Jimijack Irrevocable Trust, by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action between the parties with prejudice.

Each party shall bear their own attorney's fees, prejudgment interest, and costs of suit associated with this dismissal. The court may close this case.

| Dated this 14th day of October, 2022. | Dated this 14th day of October, 2022. |
|---|---|
| **AKERMAN LLP**  /s/ Nicholas E. Belay  ARIEL E. STERN, ESQ. Nevada Bar No. 8276 NATALIE L. WINSLOW, ESQ. Nevada Bar No. 12125 NICHOLAS E. BELAY, ESQ. Nevada Bar No. 15175 1635 Village Center Circle, Suite 200 Las Vegas, Nevada 89134  *Attorney for NewRez LLC dba Shellpoint Mortgage Servicing* | **HONG & HONG LAW OFFICE**  /s/ Joseph Y. Hong  JOSEPH Y. HONG Nevada Bar No. 5995 1980 Festival Plaza Drive, Suite 650 Las Vegas, Nevada 89135  *Attorney for Joel A. Stokes and Sandra F. Stokes, as trustees of the Jimijack Irrevocable Trust* |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
Case No. 2:20-cv-00946-JCM-BNW

**DATED:** October 18, 2022

2

66861495;1